IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


JERRY RANDOLPH McBEE,        )
# 105694,                    )
                             )
        Petitioner,          )        CIVIL ACTION NO.
                             )        1:14cv1230-MHT
        v.                   )            (WO)
                             )
LEEPOSEY DANIELS, Warden,    )
and LUTHER STRANGE,          )
Alabama Attorney General,    )
                             )
        Respondents.         )



JERRY RANDOLPH McBEE,        )
# 105694,                    )
                             )
        Petitioner,          )        CIVIL ACTION NO.
                             )        1:15cv15-MHT
        v.                   )            (WO)
                             )
LEEPOSEY DANIELS, Warden,    )
and LUTHER STRANGE,          )
Alabama Attorney General,    )
                             )
        Respondents.         )


ORDER

These two cases are now before the court on

petitioner's notice of appeal (doc. no. 31), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

***

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 17th day of August, 2015.

　　　　　　　/s/ Myron H. Thompson
　　　　　　UNITED STATES DISTRICT JUDGE